USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNY MOLINA CANTOR,

                Petitioner,

-against-

THOMAS DECKER, in his official capacity as Director, New York Field Office, Immigration & Customs Enforcement; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; MERRICK GARLAND, in his official capacity as Attorney General of the United States,

                Respondents.

1:22-cv-03180-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice and without costs or attorney's fees to either party.

    The Clerk of Court respectfully is requested to close this case.

**SO ORDERED.**

Date:  **June 22, 2022**
       **New York, NY**

                    */s/ Mary Kay Vyskocil*
                    **MARY KAY VYSKOCIL**
                    **United States District Judge**